**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| OMER FARUK ASLAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.  4:26-cv-02823 |
| | § | |
| MARKWAYNE MULLIN, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal in this action. ECF No. 8. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Defendants are DISMISSED WITHOUT PREJUDICE. Defendants' Unopposed Motion to Continue Answer Deadline (ECF No. 7) is DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED at Houston, Texas on this the 21st of June, 2026.

_____
Honorable Keith P. Ellison
United States District Judge